Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy            06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Power City Technologies, LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 6 – 3 8 2 1 6 7 8 | |
| **4. Debtor's address** | **Principal place of business** <br><br> 9 N. Flamino Street <br> Number    Street <br><br> La Marque, TX 77568 <br> City                State    ZIP Code <br><br> Galveston <br> County | **Mailing address, if different from principal place of business** <br><br> Number    Street <br><br> City    State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number    Street <br><br> City    State    ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ | |

Debtor **Power City Technologies, LLC**                              Case number *(if known)*
         Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>  _3_  _3_  _3_  _2_ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check all that apply:*<br>  ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>  ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.  District _____  When _____ Case number _____<br>                                                     MM / DD / YYYY<br>          District _____  When _____ Case number _____<br>                                                     MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes.  Debtor _____ Relationship _____<br>          District _____ When _____<br>                                          MM / DD / YYYY<br>          Case number, if known _____ |

Debtor     **Power City Technologies, LLC**                                               Case number *(if known)*
        Name

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* <br> ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br> **Why does the property need immediate attention?** *(Check all that apply.)* <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br> **Where is the property?** _____ <br>     Number    Street <br> _____ <br>     City                           State    ZIP Code <br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.    Insurance agency _____ <br>            Contact name _____ <br>            Phone _____ | |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* <br> X  Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99      ☐ 1,000-5,000    ☐ 5,001-10,000      ☐ 25,001-50,000    ☐ 50,000-100,000 <br> ☐ 100-199   ☐ 200-999    ☐ 10,001-25,000                          ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000            ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion <br> ☐ $50,001-$100,000     ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion <br> ☐ $100,001-$500,000    ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion <br> ☐ $500,001-$1 million    ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor     **Power City Technologies, LLC**                                 Case number *(if known)*
              Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **12/30/2024**
                 MM/ DD/ YYYY

X  **/s/ Paul Hopkins**                                    **Paul Hopkins**
Signature of authorized representative of debtor           Printed name

Title **Managing Member**

**18. Signature of attorney**

X         **/s/ Gabe Perez**                Date **12/30/2024**
Signature of attorney for debtor                 MM/ DD/ YYYY

**Gabe Perez**
Printed name

**Zendeh Del & Associates, PLLC**
Firm name

**1813 61st Street 101**
Number     Street

**Galveston**                              **TX**        **77551**
City                                       State         ZIP Code

**(409) 740-1111**                         **gabe@zendehdel.com**
Contact phone                              Email address

**24099475**                               **TX**
Bar number                                 State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **4**

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets     **$0.00**

   b. Total debts (including debts listed in 2.c., below)     **$266,117.92**

   c. Debt securities held by more than 500 holders

   Approximate number of holders:

   secured ☐ unsecured ☐ subordinated ☐ _____ _____
   secured ☐ unsecured ☐ subordinated ☐ _____ _____
   secured ☐ unsecured ☐ subordinated ☐ _____ _____
   secured ☐ unsecured ☐ subordinated ☐ _____ _____
   secured ☐ unsecured ☐ subordinated ☐ _____ _____

   d. Number of shares of preferred stock     _____

   e. Number of shares common stock     _____

   Comments, if any: _____

3. Brief description of debtor's business _____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

_____

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Power City Technologies, LLC** |
| United States Bankruptcy Court for the: | **Southern District of Texas** |
| Case number (if known): | ☐ Check if this is an amended filing |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | City Electric Supply Company<br>400 S. Record Street Suite 900<br>Dallas, TX 75202 | | | | | | $72,791.78 |
| 2 | Five Lakes Financial<br>840 N. Old World Third Street<br>Milwaukee, WI 53203 | | | | | | $40,355.32 |
| 3 | USED CNC, LLC<br>11926 Oak Creek Parkway<br>Huntley, IL 60142 | | | | | | $33,000.00 |
| 4 | Ford Motor Credit Company LLC<br>P.O. Box 650574<br>Dallas, TX 75265 | | | | | | $31,553.13 |
| 5 | Small Business Administration<br>1441 L Street<br>Washington, DC 20416 | | | | | | $28,987.36 |
| 6 | RDM Capital Funding, LLC<br>777 Passaic Ave #375<br>Clifton, NJ 07012 | | | | | | $26,932.64 |
| 7 | Maddox Industrial Transformer, LLC<br>865 Victor Hill Road<br>Greer, SC 29651 | | | | | | $22,265.58 |
| 8 | Ally Financial<br>500 Woodard Avenue<br>Detroit, MI 48226 | | | | | | $5,381.42 |

Debtor   **Power City Technologies, LLC**    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Bank of America<br>P.O. Box 982238<br>El Paso, TX 79998 | | | | | | $4,850.69 |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

Ally Financial
500 Woodard Avenue
Detroit, MI 48226

Bank of America
P.O. Box 982238
El Paso, TX 79998

City Electric Supply Company
400 S. Record Street Suite 900
Dallas, TX 75202

Five Lakes Financial
840 N. Old World Third Street
Milwaukee, WI 53203

Ford Motor Credit Company LLC
P.O. Box 650574
Dallas, TX 75265

Galveston County Tax Collector
722 Moody Avenue
Galveston, TX 77550

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Maddox Industrial Transformer, LLC
865 Victor Hill Road
Greer, SC 29651

Rasco Law Firm
7326 Boerne Creek Drive
Richmond, TX 77407

RDM Capital Funding, LLC
777 Passaic Ave #375
Clifton, NJ 07012

Small Business Administration
1441 L Street
Washington, DC 20416

Tech Financial Services
155 Commerce Way
Portsmouth, NH 03801

Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711

Texas Workforce Commission
P.O. Box 149080
Austin, TX 78714

USED CNC, LLC
11926 Oak Creek Parkway
Huntley, IL 60142

Zendeh Del & Associates, PLLC
1813 61st Street 101
Galveston, TX 77551

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

IN RE: **Power City Technologies, LLC**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **12/30/2024**   Signature  /s/ Paul Hopkins

Authorized Signer